**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **REUBEN S. GILLETTE,**           :<br>            **Plaintiff**       :<br>                                           :<br>                                           :<br>                                           :<br>**UNITED STATES OF AMERICA,** :<br>            **Defendant**       : | CIVIL ACTION NO. 1:CV-05-1388<br><br>(Judge Conner) |

**ORDER**

The above Federal Tort Claims Act complaint was originally filed in the United States District Court for the Eastern District of Pennsylvania.  By Order dated May 24, 2005, the action was transferred to this Court.  The Eastern District previously granted Gillette leave to proceed in forma pauperis, however, since he had not submitted the required authorization form, this Court informed the Plaintiff by Administrative Order dated July 13, 2005 that his case would be dismissed without prejudice unless, within thirty (30) days, he filed a properly completed authorization form.  Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge

DATE:         August 18, 2005